UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JASON GAZA,**

    **Plaintiff,**

v.                                             **Case No: 8:18-cv-1049-MSS-SPF**

**NAVIENT SOLUTIONS, LLC,**

    **Defendant.**

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant Navient Solutions, LLC's Motion to Stay Discovery Pending Ruling on Motion for Summary Judgment, (Dkt. 24), and Plaintiff's response in opposition thereto.  (Dkt. 32)  Generally, the Court will not resolve a motion for summary judgment prior to the conclusion of the discovery period because such motions are often premature.  However, where a motion for summary judgment presents a pure question of law that will not be impacted by further developed facts, the Court may resolve the motion prior to the close of discovery.

In Defendant's Motion for Summary Judgment, Defendant Navient Solutions, LLC ("Defendant") argues, inter alia, that the communications it had with Plaintiff are exempt from the requirements of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") because the subject loan about which the alleged communications were made is owed to or guaranteed by the United States. (Dkt. 20 at 4−9)  Plaintiff does not dispute the assertion that the loan serviced by Defendant is owed to or guaranteed by the United States, but instead argues that the exemption does not absolve Defendant from liability due to the application of an FCC administrative rule, which Defendant contends

is not and has never been in effect. (Dkt. 26 at 2–3; Dkt. 20 at 8–9) Thus, the issue of whether the exemption and administrative rule apply in this case presents a purely legal question. Moreover, none of the discovery subject to Plaintiff's Motion to Compel, (Dkt. 19), is relevant to this legal issue. Thus, in the interest of judicial efficiency, the Court finds that discovery in this action should be stayed pending the Court's decision on this limited question of law.

Accordingly, the Court **GRANTS** Defendant Navient Solutions, LLC's Motion to Stay Discovery Pending Ruling on Motion for Summary Judgment, (Dkt. 24), as stated herein. All discovery and pretrial deadlines are hereby **STAYED** pending the Court's resolution of Defendant's Motion for Summary Judgment as it pertains to Defendant's argument that the communications it had with Plaintiff are exempt from the TCPA's requirements. Thereafter, the Court will reset pretrial and discovery deadlines, if necessary.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of November, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person